**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Oscar Axcel Duron v. The State of Texas

Appellate case number:    01-18-00376-CR

Trial court case number:   1507865

Trial court:           176th District Court of Harris County

Appellant's court-appointed counsel has filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Although the brief refers to counsel's Motion to Withdraw, counsel has not filed a motion to withdraw from representation in this appeal. An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we direct appellant's appointed counsel, Abbie Russell, to file with the Clerk of this Court within 14 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                      ☑ Acting individually    ☐ Acting for the Court

Date: __August 8, 2019__